UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SABRINA ARCHIBALD and SADE ARCHIBALD,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT CREDIT UNION,<br><br>    Defendant. | Case No. 25-cv-01031-JPG |

### MEMORANDUM AND ORDER

This case is before the Court on Plaintiffs Sabrina Archibald and Sade Archibald's Motion to Request for Judicial Notice of NCUA Filings (Doc. 18). Defendant Scott Credit Union filed a response (Doc. 22), and Plaintiffs filed a proposed reply (Doc. 24-1). For this Court to take judicial notice of a fact, it must find that the fact is relevant. Relevance is defined as "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." FED. R. EVID. 401. The Court finds that the NCUA filings are not relevant to any fact of consequence in this case. Plaintiffs allege that the NCUA filings support their assertion that Defendant securitized the debt, and as a result, lacks standing to collect, report, or repossess in connection with the alleged debt. However, many federal courts have held that securitization of a debt does not preclude a creditor from enforcing its interest, *see Cox v. CA Holding Inc.*, No. 1:13-CV-01754-JMS, 2015 WL 631393, at *14 (S.D. Ind. Feb. 13, 2015); *Tostado v. Citibank (S. Dakota), N.A.*, No. SA-09-CV549XR, 2010 WL 55976, at *2–3 (W.D. Tex. Jan. 4, 2010); *Lane v. Vitek Real Est. Indus. Grp.*, 713 F. Supp. 2d 1092, 1099 (E.D. Cal. 2010), and Plaintiffs fail to cite any case law that reaches the opposite conclusion. As such, even if the NCUA filings establish that Defendant

securitized the loan, the documents are not relevant because securitization does not preclude Defendant from collecting on the debt. Therefore, the Court DENIES Plaintiffs Sabrina Archibald and Sade Archibald's Motion to Request for Judicial Notice of NCUA Filings (Doc. 18).

**IT IS SO ORDERED.**
**DATED**:   **November 18, 2025**

                                                       s/ J. Phil Gilbert
                                                       **J. PHIL GILBERT**
                                                       **United States District Judge**