UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SABRINA ARCHIBALD, and
SADE ARCHIBALD,

Plaintiffs,

v.

SCOTT CREDIT UNION,

Defendant-Third Party Plaintiff,

v.

SOUTH BEACH MOTORS, INC. d/b/a
MIDWEST RECOVERY,

Third Party Defendant.

Case No. 25-cv-01031-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Scott Credit Union and against Plaintiffs Sabrina and Sade Archibald on the following claims:

- Federal claim under the Truth in Lending Act for failure to comply with 15 U.S.C. § 1641(f)(2) and 12 C.F.R. § 1026.18(j) (Count 1 of the Amended Complaint);
- Illinois state law claim under 810 ILCS 5/9-609(b) (Count 7 of the Amended Complaint);

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Third-Party Defendant South Beach Motors, Inc. d/b/a Midwest Recovery and against Third Party Claimant Scott Credit Union on the following claim:

- Illinois state law claim under the Illinois Joint Tortfeasor Act for contribution (Count 1 of the Third-Party Complaint);

IT IS FURTHER ORDERED AND ADJUDGED that the following claims brought by Plaintiffs Sabrina and Sade Archibald against Defendant Scott Credit Union are dismissed with prejudice:

- Federal claim under the Federal Credit Reporting Act (Count 2 of the Complaint and Count 2 of the Amended Complaint);
- Federal claim under the Fair Debt Collection Practices Act (Count 3 of the Complaint);
- Illinois state law claim for unjust enrichment (Count 4 of the Complaint and Count 4 of the Amended Complaint);
- Illinois state law claim for intrusion upon seclusion (Count 7 of the Complaint and Count 5 of the Amended Complaint);
- Illinois state law claim for breach of contract (Count 8 of the Complaint and Count 6 of the Amended Complaint);
- Illinois state law claim under the Illinois Consumer Fraud Act and Deceptive Practices Act (Count 9 of the Complaint and Count 3 of the Amended Complaint);
- Illinois state law claim for declaratory and injunctive relief (Count 10 of the Complaint and Count 8 of the Amended Complaint);
- Federal claim under 42 U.S.C. § 1983 (Count 13 of the Complaint);

IT IS FURTHER ORDERED AND ADJUDGED that the following claims brought by Plaintiffs Sabrina and Sade Archibald against Defendant Scott Credit Union are dismissed without prejudice:

- Federal claim under the Truth in Lending Act for failure to comply with 15 U.S.C. §§ 1605, 1631, 1662, and 1638(a) and 12 C.F.R. § 1026.18(b) and (c) (Count 1 of the Complaint and Count 1 of the Amended Complaint);
- Illinois state law claim for fraud and misrepresentation (Count 5 of the Complaint);
- Illinois state law claim under 810 ILCS 5/3-311, 9-210, and 9-406 (Count 6 of the Complaint);
- Illinois state law claim for securitization-based violations (Count 11 of the Complaint); and

- Federal claim for civil RICO violations (Count 12 of the Complaint).

**DATED: November 18, 2026**

**THOMAS L. GALBRAITH**
**Acting Clerk of Court**

Deputy Clerk

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**